IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00241-WDM-MJW

DANIEL POLLET and
LANCE LEWIS,

Plaintiffs,

v.

GREAT BIG COLOR, INC.,

Defendant.

---

**ORDER REGARDING
PLAINTIFFS' MOTION TO AMEND COMPLAINT (Docket No. 21)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on Plaintiffs' Motion to Amend Complaint (Docket No. 21). The court has reviewed the motion, responses (Docket Nos. 25 and 27), and reply (Docket No. 29). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

Plaintiffs request that this court allow an amendment to their Complaint pursuant to Fed. R. Civ. P. 15(a) as follows:  (1) add Sean McLaughlin, Mick McLaughlin, and Janet McLaughlin as individual defendants to the Fair Labor Standards Act ("FLSA") claims; (2) add "unnamed plaintiffs," who are similarly-situated past or present employees of Defendant Great Big Color, Inc., to the FLSA claim for overtime; and

2

(3) add additional facts for purposes of clarification to the Complaint allegations.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Court finds:

1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted).

5. That Plaintiffs Pollett and Lewis have established "good cause" to allow their Complaint to be amended to add Sean McLaughlin, Mick McLaughlin, and Janet McLaughlin as individual defendants to the FLSA claims and to add additional facts for purposes of clarification to the Complaint; and,

6. That Plaintiffs Pollet and Lewis have failed to establish "good cause" to allow their Complaint to be amended to add "unnamed plaintiffs," who are

similarly-situated past or present employees of Defendant Great Big Color, Inc., to the FLSA claim for overtime. Plaintiffs Pollet and Lewis have failed to produce any names of past or present employees who may have a FLSA claim and have failed to produce any evidence to support such an amendment to their Complaint.

### ORDER

**WHEREFORE,** based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiffs' Motion to Amend Complaint (Docket No. 21) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to amending the Complaint to add Sean McLaughlin, Mick McLaughlin, and Janet McLaughlin as individual defendants to the Fair Labor Standards Act claims and to add additional facts for purposes of clarification to the Complaint. The remainder of the motion is **DENIED**;

2. That Plaintiffs shall file their Amended Complaint consistent with this Order on or before August 13, 2007; and

3. That each party shall pay their own attorney fees and costs for this motion.

Done this 1st day of August 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge