IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00241-WDM-MJW

DANIEL POLLET and
LANCE LEWIS,

Plaintiffs,

v.

GREAT BIG COLOR, INC.,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Defendant Great Big Color, Inc.'s Motion to Stay Deposition Discovery (docket no. 42) is DENIED finding no reason to delay discovery and noting that is a discovery cut off date of October 19, 2007.  Pro Se Plaintiff Lance Lewis has been ORDERED by this court to either retain new legal counsel forthwith or be prepared to proceed pro se on all future motions, hearings and trial. See docket no.39.  Accordingly, Pro Se Plaintiff Lewis may participate in any upcoming depositions or he may have any new legal counsel that he retains represent him or participate on any upcoming depositions but this court is not inclined to allow a second deposition of any deponent in which the Pro Se Plaintiff Lewis has had a chance to participate.

Date:  August 8, 2007