IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00241-WDM-MJW

DANIEL POLLET AND
LANCE LEWIS,

    Plaintiffs,

v.

GREAT BIG COLOR, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY**

---

The court takes judicial notice that plaintiff Lewis and defendant Great Big Color, Inc. have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of Lance Lewis are dismissed with prejudice against Great Big Color, Inc., each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 4, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL