IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00241-WDM-MJW

DANIEL POLLET, LANCE LEWIS,

    Plaintiffs,

v.

GREAT BIG COLOR, INC., SEAN MCLAUGHLIN, MICK MCLAUGHLIN AND JANET MCLAUGHLIN,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    There having been answers filed by the 3 individual defendants, the show cause order is discharged.

Dated: October 9, 2007

                                  s/ Jane Trexler, Judicial Assistant