IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00241-WDM-MJW

DANIEL POLLET

Plaintiff,

v.

GREAT BIG COLOR, INC., a Colorado Corporation;
SEAN McLAUGHLIN, individually;
MICK McLAUGHLIN, individually; and
JANET McLAUGHLIN, individually,

Defendants.

---

**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND EXTEND LAY WITNESS DISCOVERY DEADLINE TO ALLOW DEPOSITIONS OF RECENTLY DISCLOSED MATERIAL WITNESSES**
( Docket No. 55 )

---

THE COURT, pursuant to the Motion to Modify Scheduling Order and Extend Lay Witness Discovery Deadline to Allow Depositions of Recently Disclosed Material Witnesses,

**HEREBY ORDERS** that the Scheduling Order is modified to extend the lay witness discovery deadline to November 8, 2007 for the sole purpose of scheduling the depositions of Elsie Pollet and Scott Proctor.

DATED October 22nd, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
U.S. District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO